**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name: Felicia Nicole Jones v. Macy's, Eric Limbocker, Citibank, and Houston Federal Credit Union

Appellate case number: 01-14-00143-CV

Trial court case number: 74030

Trial court: 239th District Court of Brazoria County

It is ordered that Appellant's Motions for Reconsideration En Banc, filed March 18, 2015 and March 20, 2015, are **denied**.

Judge's signature: /s/ Rebeca Huddle
                         Acting for the En Banc Court*

Date: April 9, 2015

*En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.